UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACI C. YATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. CV-08-058-CI |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | **JUDGMENT IN A** |
| Commissioner of Social Security, ) | **CIVIL CASE** |
| ) | |
| Defendant. ) | |
| _____) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings consistent with the Court's decision and sentence four of 42 U.S.C. §405(g) . Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 10th day of March, 2009.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk